# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 25-173 (RBW) |
| DEVONNE BROWN, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the government's Motion to Continue Stay of Release Order Until Monday June 16, 2025, at 5:00 p.m., ECF No. 12, and for good cause shown, it is hereby

**ORDERED** that the government's Motion to Continue Stay of Release Order Until Monday June 16, 2025, at 5:00 p.m., ECF No. 12, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent the government seeks additional time to file its appeal of the Magistrate Judge's Release Order.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that on June 16, 2025, at 3:00 p.m., the parties shall appear for a motion hearing on the government's anticipated appeal of the Magistrate Judge's Release Order.[1]  The parties shall appear for the motion hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**ORDERED** that the Release Order issued by the Magistrate Judge on June 13, 2025, is administratively **STAYED** pending the Court's resolution of the government's appeal of the Release Order.

---

[1] The government shall file its appeal no later than 12:00 p.m. on Monday, June 16, 2025.

**SO ORDERED** this 13th day of June, 2025.

                                                /s/ Reggie B. Walton
                                                REGGIE B. WALTON
                                                United States District Court Judge